# CHECK REQUISITION FORM

**Payee:** Arturo Guerrero Lopez
**Total Amount:** $60.00

**Invoice #:** # 070209

**Invoice Date:**

**Job description:** Re: Phone reimbursement for the month of June 2009

**Property(ies):**

| | | |
|---|---|---|
| 208 E 61st Street | | 37-43 8th Avenue |
| 109 Spring Street | PAID | 624 & 655 LLC |
| 217 E Houston St | | Casper R Callen Trust |
| East Orange Partners | | Highbridge Park Partners |
| 1320 Fulton Avenue | | 348 / 352 W 118 |
| 94-16 34th Road | | 325 E 206th Street |
| 869 E 231st Street | | Korea Village |
| 170 Nagle Avenue | 60.00 | Valentine & Fordham LLC |

# JUST RENOVATIONS & G.C. LLC

769 Morris Park Ave Bronx NY 10461
P. 347-547-7330 Fax. 718-409-2069 C. 917-682-7823

Date MAY. 20, 2009                    Invoice # 2004

New York City Management Corp.
P. (212) 689-8833 F. (212) 689-3888

Building # 174 Nagle New York NY.

Apartment# 55      1BDRM        2BDRM        3BDRM        STUDIO

Tenant Name_____ Tenant # (     )_____

Start Date MAY - 14. 2009.        Violation    (Repair)    Renovation

Scope of work done;

Kitchen Repaired cieling & painted

Bathroom. New concrete floor 8x8 Tiles
New 24in vanity & Mirror.
New cieling light Fixture
Plaster, skin coat walls Paint Semi-Gloss white

ALL MATERIAL AND LABOR INCLUDED  (INSURANCE APON REQUEST)

Amount $ 1750_____      Deposit $_____

Completion Date_____

Tenant signature _____      Date_____

Management signature _____      Date_____

$1350

# JUST RENOVATIONS & G.C. LLC

769 Morris Park Ave Bronx NY 10461
P. 347-547-7330 Fax. 718-409-2069 C. 917-682-7823

Date _jun. 22 2009_                    Invoice # _062209-#52_

New York City Management Corp.
P. (212) 689-8833 F. (212) 689-3888

Building # _170 Neagle NY-NY_

Apartment# _52_    1BDRM        2BDRM        3BDRM        STUDIO

Tenant Name _Rodolfo Anibal._    Tenant # ( )_____

Start Date_____        Violation    Repair    Renovation

Scope of work done;

_Fix the demaged silling from cracks in the_
_bedroom 1 and in the badroom 2a and in the_
_kitchen_

ALL MATERIAL AND LABOR INCLUDED  (INSURANCE APON REQUEST)

Amount $ _650_ —    Deposit $_____

Completion Date_____

Tenant signature _Anibal_    Date_____

Management signature _____    Date_____

# JUST RENOVATIONS & G.C. LLC

769 Morris Park Ave Bronx NY 10461
P. 347-547-7330 Fax. 718-409-2069 C. 917-682-7823

Date_____          Invoice # HO70209-#54

New York City Management Corp.
P. (212) 689-8833 F. (212) 689-3888

Building # _Neagle    NY -NY_ (Mo)

Apartment# _54_    1BDRM    2BDRM    3BDRM    STUDIO

Tenant Name _Australia Torres_ Tenant # ( )_____

Start Date_____    Violation    Repair    Renovation

Scope of work done;

_Cracks on holes on the bathroom and in the
hallways got fixed with plaster and paint
and sheetrock...
the front door was badly demaget from
small holes all around the door...fixed_

ALL MATERIAL AND LABOR INCLUDED  (INSURANCE APON REQUEST)

Amount $ _1100_    Deposit $ _____  PAID

Completion Date_____

Tenant signature _Australia Torres_ Date_____

Management signature _____ · Date_____

# Proposal

Just Renovations GC. LLC
765 Morris Park.
Bronx NY 10461

#070209#5

PHONE 347-547-7330    FAX 718-409-2096

**Proposal Submitted To:** Greg Sumus c/o NYCMGMT.

**Job Name:** Nagle Ave (170)    **Job #**

**Address:** 381 Park Ave S.

**Job Location:** Apt # (54)

New York NY. 10016.

**Date:**    **Date of Plans:**

**Phone #** 917 682-7823    **Fax #**    **Architect:**

We hereby submit specifications and estimates for: ~~Plaster the bathroom, the~~ ~~walls and the ce~~

Cracks in the bathroom and the ceiling was damaged, also ~~we water~~ the floor had a hole under the toilete

including material & labor

We propose hereby to furnish material and labor — complete in accordance with the above specifications for the sum of:

$ 950 —    Nine Hundred & Fifth Dollar    —    **Dollars**

with payments to be made as follows: _____ c

$650 —

Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents, or delays beyond our control.

Respectfully submitted _____

Note — this proposal may be withdrawn by us if not accepted within _____ days.

## Acceptance of Proposal

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payments will be made as outlined above.

Date of Acceptance May 30. 2009.

Signature X Frank J Cotanzo

Signature _____

# JUST RENOVATIONS & G.C. LLC

769 Morris Park Ave Bronx NY 10461
P. 347-547-7330 Fax. 718-409-2069 C. 917-682-7823

Date _may. 27.09_                                      Invoice # _2298_

New York City Management Corp.
P. (212) 689-8833 F. (212) 689-3888                    # 052709-#26

Building # _172 Nagle NY-NY_

Apartment# _24_     1BDRM    (2BDRM)    3BDRM    STUDIO

Tenant Name _Alfredu Cordoba_   Tenant # ( ) _____

Start Date _May 28, 2009_    Violation   (Repair)   Renovation

Scope of work done;

_Bathroom: Demaged cieling, holes, tiles missing
and graut around the bathtub and plaster
and paint... Hallways: Cracks plaster
and paint... Kitchen: Plaster and paint
New door in the room_

ALL MATERIAL AND LABOR INCLUDED   (INSURANCE APON REQUEST)

Amount $ _1650_      Deposit $ _0_

* 1400|-

Completion Date _May 31. 2009_

Tenant signature _Alfreda Cordova_        Date _____

Management signature _____      Date _____

# M. Samba
# Plumbing & Repairs
P.O Box 970
BROOKLYN, NEW YORK, 11238
Tel: (914)879-9685-Fax(914)712-9114

# Invoice

No: 6375

**Bill to: NYC Management**

Location: 170 Nagle Av
Apt# 33

Date: 6/12/09

| Description of Work |
| --- |

Opened bathroom wall replaced 4 valves shower body completed kit- Gerber-
Changed ½ piping feed shower body valves



Material + Labor: 485.00

# M. Samba
# Plumbing & Repairs
### P.O Box 970
### BROOKLYN, NEW YORK, 11238
### Tel: (914)879-9685-Fax(914)712-9114

# Invoice

No: 6365

Bill to: NYC Management

**Location: 174 waste Av**
**Apt# 25**

Date: 5/25/09

| Description of Work |
| --- |

Opened living room ceiling and wall and repaired leak hot water rise. Removed broken section and replaced

Material + Labor: 370.00

# M. Samba
# Plumbing & Repairs
**P.O Box 970**
**BROOKLYN, NEW YORK, 11238**
**Tel: (914)879-9685-Fax(914)712-9114**

# Invoice

No: 6311

**Bill to: NYC Management**

**Location: 172 Nagle**
**Apt# 31**

**Date: 4/17/09**

| Description of Work |
| --- |

Removed kitchen sink opened wall traced and repaired leak hot water pipe
removed broken section and replaced it with new





**Material + Labor: 748.00**

# M. Samba
# Plumbing & Repairs

P.O Box 970
BROOKLYN, NEW YORK, 11238
Tel: (914)879-9685-Fax(914)712-9114

## Invoice

No: 6368

Bill to: NYC Management

**Location: 172 Nagle Av**
**Basement**

Date: 5/20/09

| Description of Work |
| --- |

Repaired leak 4" stack- Removed broken section and replaced it with new



Material + Labor: 488.00

# M. Samba
# Plumbing & Repairs

**P.O Box 970**
**BROOKLYN, NEW YORK, 11238**
**Tel: (914)879-9685-Fax(914)712-9114**

# Invoice

No: 6335

**Bill to: NYC Management**

**Location: 172 Nagle Avenue**
**Apt# 22**

**Date: 5/2/09**

| Description of Work |
| --- |

**Removed toilet and reinstalled snakeout stack 4" waste line toilet changed 4" flange and wax gasket- Repaired leak 4" waste line toilet**



**Material + Labor: 387.00**

# M. Samba
# Plumbing & Repairs

**P.O Box 970**
**BROOKLYN, NEW YORK, 11238**
**Tel: (914)879-9685-Fax(914)712-9114**

## Invoice

No: 6351

**Bill to: NYC Management**

**Location: 172 Nagle Avenue**
**Basement**

**Date: 5/21/09**

| Description of Work |
| --- |
| **Open main sewer line in basement- Remove 4" stack and snaked out server line 4" in side basement- Install ceiling 04 snaked out main sewer line building** |

**Material + Labor: 360.00**

# BIG MIKE'S A/C,

REFRIGERATION AND STOVE REPAIRS, INC.
269 LINKS DR. W.
OCEANSIDE N.Y. 11572
(516) 594-8106

Invoice

Number: **0029060**

Date: **June 27, 2009**

NEW YORK CITY MGMT
381 PARK AVE SOUTH
NEW YORK, NY 10016

NEW YORK CITY MGMT
381 PARK AVE SOUTH
NEW YORK, NY 10016

| DATE | ADDRESS | PO# NUMBER | SERVICE |
|------|---------|------------|---------|
| 5/22/09 | 174 NAGLE #31 | | FRIDGE |

| Description | Tax | Amount |
|-------------|-----|--------|
| REPLACED CRISPER COVER | ✔ | |
| REPLACED MAIN DOOR GASKET | ✔ | 145.00 |
| | Sub-Total | $145.00 |
| | Tax 8.375% on 145.00 | 12.15 |
| | Total | $157.15 |

This invoice is due upon receipt. Please pay on time to avoid a late fee charge of 1.5%

Invoice submitted to:

**Gregory Soumas**
c/o New York City Management LLC
381 Park Avenue South - Suite 1515
Attn: Sanjay Gandhi
New York NY 10016

June 29, 2009

In Reference To:    **Non-payment proceeding involving apartment #51**
Invoice #   46983     **in the building known as 172 Nagle Avenue, Bronx, NY**

Client ID: 170-174Nagle.Fernandez

## PROFESSIONAL SERVICES

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/8/2009 | SEU | Review Notices of Petition and Petition | 0:12:00 | 90.00 |
| 6/9/2009 | SEU | Final review of Notices of Petition and Petition | 0:06:00 | 45.00 |
| 6/12/2009 | MC | Copy and assemble Notice of Petition, prepare mailings | 0:06:00 | 20.00 |
| 6/16/2009 | MC | Continued preparation of mailings | 0:06:00 | 20.00 |
| 6/18/2009 | RR | Trip to housing court to purchase index number | 0:06:00 | 20.00 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 0.60 | $195.00 |

## User Summary

| Name | Hours | Rate |
|---|---|---|
| Melissa Castro | 0.20 | 200.00 |
| Ross Rosenberg | 0.10 | 200.00 |
| Sally E. Unger | 0.30 | 450.00 |

In Reference To: **Non-payment proceeding involving apartment #33**
Invoice # 46984 **in the building known as 170 Nagle Avenue, Bronx, NY**

Client ID: 170-174Nagle.Guerra&Gonzalez
### PROFESSIONAL SERVICES

|  |  | Hours | Amount |
|---|---|---|---|
| 6/8/2009 SEU | Review Notices of Petition and Petition | 0:12:00 | 90.00 |
| 6/9/2009 SEU | Final review of Notices of Petition and Petition | 0:06:00 | 45.00 |
| 6/12/2009 MC | Copy and assemble Notice of Petition; prepare mailings | 0:06:00 | 20.00 |
| 6/16/2009 MC | Continued preparation of mailings | 0:06:00 | 20.00 |
| 6/18/2009 RR | Trip to housing court to purchase index number | 0:06:00 | 20.00 |
| 6/24/2009 MC | Attention to preparation of mailings | 0:24:00 | 80.00 |
| | For professional services rendered | 1.00 | $275.00 |

### User Summary

| Name | Hours | Rate |
|---|---|---|
| Melissa Castro | 0.60 | 200.00 |
| Ross Rosenberg | 0.10 | 200.00 |
| Sally E. Unger | 0.30 | 450.00 |

In Reference To:   **Non-payment proceeding involving apartment #32**
Invoice #   46985   **in the building known as 174 Nagle Avenue, Bronx,**
                    **NY**

Client ID:  170-174Nagle.Isidoro
              **PROFESSIONAL SERVICES**

|            |     |                                                                                     | Hours     | Amount    |
|------------|-----|-------------------------------------------------------------------------------------|-----------|-----------|
| 6/8/2009   | SEU | Review Notices of Petition and Petition                                             | 0:12:00   | 90.00     |
| 6/9/2009   | SEU | Final review of Notices of Petition and Petition                                    | 0:06:00   | 45.00     |
| 6/12/2009  | MC  | Copy and assemble Notice of Petition; prepare mailings                              | 0:06:00   | 20.00     |
| 6/16/2009  | MC  | Continued preparation of mailings                                                   | 0:06:00   | 20.00     |
| 6/18/2009  | RR  | Trip to housing court to purchase index number                                      | 0:06:00   | 20.00     |
| 6/23/2009  | PW  | Receipt of tenant Answer in non-pay proceeding and case diary update to reflect 6/26 court date in connection with same. | 0:12:00 | NO CHARGE |
| 6/26/2009  | SEU | Preparation for and appearance in Court regarding Isodoro                            | 2:00:00   | 900.00    |

For professional services rendered                                           2.80      $1,095.00

**User Summary**

| Name            | Hours | Rate   |
|-----------------|-------|--------|
| Melissa Castro  | 0.20  | 200.00 |
| Patricia Wright | 0.20  | 0.00   |
| Ross Rosenberg  | 0.10  | 200.00 |
| Sally E. Unger  | 2.30  | 450.00 |

In Reference To:   **Non-payment proceeding involving apartment #31**
Invoice #   46986   **in the building known as 170 Nagle Avenue, Bronx,**
**NY**

Client ID:  170-174Nagle.Lucas
### PROFESSIONAL SERVICES

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/8/2009 SEU | Review Notices of Petition and Petition | | 0:12:00 | 90.00 |
| 6/9/2009 SEU | Final review of Notices of Petition and Petition | | 0:06:00 | 45.00 |
| 6/12/2009 MC | Copy and assemble Notice of Petition; prepare mailings | | 0:06:00 | 20.00 |
| 6/16/2009 MC | Continued preparation of mailings | | 0:06:00 | 20.00 |
| 6/18/2009 RR | Trip to housing court to purchase index number | | 0:06:00 | 20.00 |
| | For professional services rendered | | 0.60 | $195.00 |

### User Summary

| Name | Hours | Rate |
|---|---|---|
| Melissa Castro | 0.20 | 200.00 |
| Ross Rosenberg | 0.10 | 200.00 |
| Sally E. Unger | 0.30 | 450.00 |

In Reference To:    **Non-payment proceeding involving apartment #54**
Invoice #   46987   **in the building known as 172 Nagle Avenue, Bronx,**
                    **NY**

Client ID: 170-174Nagle.Mejia
          **PROFESSIONAL SERVICES**

|            |     |                                                                                                                                                                                                                     | Hours   | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------|----------|
| 6/8/2009   | SEU | Review Notices of Petition and Petition                                                                                                                                                                             | 0:12:00 | 90.00    |
| 6/9/2009   | SEU | Final review of Notices of Petition and Petition                                                                                                                                                                    | 0:06:00 | 45.00    |
| 6/12/2009  | MC  | Copy and assemble Notice of Petition; prepare mailings                                                                                                                                                               | 0:06:00 | 20.00    |
| 6/16/2009  | MC  | Continued preparation of mailings                                                                                                                                                                                   | 0:06:00 | 20.00    |
| 6/18/2009  | SEU | Review answer on nonpayment proceeding                                                                                                                                                                              | 0:06:00 | 45.00    |
|            | RR  | Trip to housing court to purchase index number                                                                                                                                                                     | 0:06:00 | 20.00    |
| 6/19/2009  | PW  | Receipt of email regarding case status; case diary update to reflect receipt of transcript and initial court date on Mejia matter.                                                                                   | 0:12:00 | 45.00    |
| 6/23/2009  | SEU | Appearance in Court on Alexandra Mejia non-payment proceeding; case delayed due to need for Spanish interpreter; lease issues due to preferential lease issued by owner after Soumas appointment                     | 2:42:00 | 1,215.00 |
|            | SEU | Preparation for court appearance                                                                                                                                                                                    | 0:18:00 | 135.00   |
| 6/24/2009  | SEU | Phone call to tenant regarding proposed settlement, pay $1000 outstanding and agree to end of preferential rent as stated in lease, i.e. expiration of lease term ends preferential rent; tenant will pay current and July rent in court on 7/7/09 | 0:12:00 | 90.00    |
|            | SEU | E-mail to client regarding consent of M. Bush regarding preferential rent for balance of lease term for Alexandra Mejia                                                                                              | 0:06:00 | 45.00    |
|            | SEU | Telephone conference with M. Bush regarding acceptance of tenancy of Alexandra Mejia                                                                                                                                | 0:06:00 | 45.00    |
| For professional services rendered |  |                                                                                                                                                                                 | 4.30    | $1,815.00 |

## User Summary

| Name | Hours | Rate |
|------|-------|------|
| Melissa Castro | 0.20 | 200.00 |
| Patricia Wright | 0.20 | 225.00 |
| Ross Rosenberg | 0.10 | 200.00 |
| Sally E. Unger | 3.80 | 450.00 |

In Reference To:    **Various matters relating to the building known as**
Invoice #   46988    **and by the addresses of 170-174 Nagle Ave**

Client ID:  170-174Nagle.Receivership

## PROFESSIONAL SERVICES

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/1/2009 | SEU | Appearance in Court on motion for contempt | 1:48:00 | 810.00 |
| | SEU | Telephone conference with managing agent | 0:06:00 | 45.00 |
| | SEU | Conference with staff regarding subpoenas | 0:18:00 | 135.00 |
| | RR | Conference with SEU regarding drafting subpoenas | 0:12:00 | 40.00 |
| 6/2/2009 | SEU | Review subpoenas with RR; e-mails from and to managing agent | 0:24:00 | 180.00 |
| | RR | Preparation of subpoenas | 0:42:00 | 140.00 |
| 6/3/2009 | RR | Preparation of Affidavit of Service of subpoenas on opposing counsels | 0:18:00 | 60.00 |
| | SEU | Telephone conference with plaintiff's counsel; phone call with managing agent | 0:36:00 | 270.00 |
| | SEU | Telephone calls with process server | 0:12:00 | 90.00 |
| | SEU | Telephone conference with opposing counsel; preparation of letter to opposing counsel | 0:12:00 | 90.00 |
| | SEU | Telephone calls to and from tenant Costanzo regarding contempt motion | 0:30:00 | 225.00 |
| 6/4/2009 | SEU | Telephone conference with managing agent | 0:12:00 | 90.00 |
| | SEU | Telephone call from opposing counsel | 0:18:00 | 135.00 |
| | SEU | Preparation for hearing; review of file; discussions with manager | 1:36:00 | 720.00 |
| | SEU | Draft proposed stipulation | 1:00:00 | 450.00 |
| | MR | Translate subpoena to tenant | 0:12:00 | 40.00 |
| | MR | Conference with SEU and AB regarding translating subpoena to tenant. | 0:06:00 | 20.00 |
| | MC | Conference with SEU and AB regarding phone call to client regarding subpoena that was served on him and instructions regarding same; assisted AB with mailings | 0:48:00 | 160.00 |

|            |     |                                                                                      | Hours   | Amount     |
|------------|-----|--------------------------------------------------------------------------------------|---------|------------|
| 6/5/2009   | SEU | Preparation   for hearing                                                            | 0:30:00 | 225.00     |
|            | SEU | Appearance in Court; conference with tenants, opposing counsel and managing agent    | 2:18:00 | 1,035.00   |
| 6/9/2009   | SEU | Trip to building                                                                     | 2:42:00 | 1,215.00   |
| 6/11/2009  | RR  | Trip to housing court to purchase index numbers                                      | 0:30:00 | 100.00     |
| 6/16/2009  | SEU | Telephone conference with S. Gandhi regarding section 8 tenant in nonpayment proceeding | 0:12:00 | 90.00    |
|            | SEU | Telephone call from plaintiff's counsel requesting payment of real estate taxes      | 0:06:00 | 45.00      |
|            | SEU | Preparation of e-mail to client                                                      | 0:06:00 | NO CHARGE  |
| 6/17/2009  | RR  | Trip to supreme court to pick up transcripts                                         | 0:42:00 | 140.00     |
| 6/18/2009  | SEU | Telephone conference with S. Gandhi regarding funds for tax payment                  | 0:12:00 | 90.00      |
|            | SEU | Review of transcript from court regarding contempt motion                            | 0:18:00 | 135.00     |
|            | SEU | Telephone call from attorney for plaintiff                                           | 0:06:00 | 45.00      |
|            | SEU | Conference with process server regarding service of nonpayment Petitions             | 0:06:00 | 45.00      |
| 6/19/2009  | SEU | Phone calls and e-mails regarding legitimacy of tenancy; review of DHCR rent roll history | 0:30:00 | 225.00 |
|            | RR  | Trip to Supreme Court to get certified copy of order of appointment of Soumas for use in eviction cases | 0:30:00 | 100.00 |
| 6/22/2009  | SEU | Conference with staff and process server regarding papers requiring service; review answer | 0:12:00 | 90.00 |
| 6/23/2009  | SEU | E-mail to S. Gandhi; phone call to client                                            | 0:12:00 | 90.00      |
| 6/24/2009  | SEU | Telephone call from manager regarding tenancies at premises, lease expirations and possible non-primary residences | 0:42:00 | 315.00 |
| 6/25/2009  | SEU | E-mails to and from client and to and from investigator regarding Naydal is Peralta  | 0:12:00 | 90.00      |
|            | SEU | Draft stipulation of settlement regarding Mejia                                      | 0:24:00 | 180.00     |
|            |     | For professional services rendered                                                   | 20.00   | $7,955.00  |

## DISBURSEMENTS

|                                                                      | Price  | Amount   |
|----------------------------------------------------------------------|--------|----------|
| Subpoena Fees.                                                       | 15.00  | 165.00   |
| Express mail                                                         | 17.50  | 17.50    |
| Express mail                                                         | 17.50  | 17.50    |
| Subpoena Fee.                                                        | 15.00  | 15.00    |
| Purchase of 8 Index Numbers                                         | 45.00  | 360.00   |
| Court Reporter's fee for transcript of court date of 6/5/09         | 164.30 | 164.30   |
| Purchase of Index Number                                            | 45.00  | 45.00    |
| **Total disbursements**                                             |        | **$784.30**   |
| Services/disbursements for this matter                             |        | $8,739.30 |

## User Summary

| Name            | Hours | Rate   |
|-----------------|-------|--------|
| Magda Rodriguez | 0.30  | 200.00 |
| Melissa Castro  | 0.80  | 200.00 |
| Ross Rosenberg  | 2.90  | 200.00 |
| Sally E. Unger  | 15.90 | 450.00 |
| Sally E. Unger  | 0.10  | 0.00   |

In Reference To: **Non-payment proceeding involving apartment #35**
Invoice #    46989   **in the building known as 174 Nagle Avenue, Bronx,
NY**

Client ID:  170-174Nagle.Rodriguez(35)
### PROFESSIONAL SERVICES

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/8/2009 | SEU | Review Notices of Petition and Petition | 0:12:00 | 90.00 |
| 6/9/2009 | SEU | Final review of Notices of Petition and Petition | 0:06:00 | 45.00 |
| 6/12/2009 | MC | Copy and assemble Notice of Petition; prepare mailings | 0:06:00 | 20.00 |
| 6/16/2009 | MC | Continued preparation of mailings | 0:06:00 | 20.00 |
| 6/18/2009 | RR | Trip to housing court to purchase index number | 0:06:00 | 20.00 |
|  |  | For professional services rendered | 0.60 | $195.00 |

### User Summary

| Name | Hours | Rate |
|---|---|---|
| Melissa Castro | 0.20 | 200.00 |
| Ross Rosenberg | 0.10 | 200.00 |
| Sally E. Unger | 0.30 | 450.00 |



In Reference To: **Non-payment proceeding involving apartment #45**
Invoice #   46990   **in the building known as 170 Nagle Avenue, Bronx, NY**

Client ID: 170-174Nagle.Rodriguez(45)

**PROFESSIONAL SERVICES**

|  |  | Hours | Amount |
|---|---|---|---|
| 6/8/2009 SEU | Review Notices of Petition and Petition | 0:12:00 | 90.00 |
| 6/9/2009 SEU | Final review of Notices of Petition and Petition | 0:06:00 | 45.00 |
| 6/12/2009 MC | Copy and assemble Notice of Petition; prepare mailings | 0:06:00 | 20.00 |
| 6/16/2009 MC | Continued preparation of mailings | 0:06:00 | 20.00 |
| 6/18/2009 RR | Trip to housing court to purchase index number | 0:06:00 | 20.00 |
| | For professional services rendered | 0.60 | $195.00 |

**User Summary**

| Name | Hours | Rate |
|---|---|---|
| Melissa Castro | 0.20 | 200.00 |
| Ross Rosenberg | 0.10 | 200.00 |
| Sally E. Unger | 0.30 | 450.00 |




In Reference To:   **Non-payment proceeding involving apartment #22**
Invoice #   46991   **in the building known as 170 Nagle Avenue, Bronx,**
                    **NY**

Client ID: 170-174Nagle.Tavares
**PROFESSIONAL SERVICES**

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/8/2009 | SEU | Review Notices of Petition and Petition | 0:12:00 | 90.00 |
| 6/9/2009 | SEU | Final review of Notices of Petition and Petition | 0:06:00 | 45.00 |
| 6/12/2009 | MC | Copy and assemble Notice of Petition; prepare mailings | 0:06:00 | 20.00 |
| 6/16/2009 | MR | Phone conference with tenant's daughter regarding being served with Notice of Petition; tenant was advised to answer Petition | 0:18:00 | 60.00 |
|  | MC | Continued preparation of mailings | 0:06:00 | 20.00 |
| 6/18/2009 | RR | Trip to housing court to purchase index number | 0:06:00 | 20.00 |
| 6/22/2009 | PW | Receipt of tenant Answer and case diary update to reflect initial return date of Petition. | 0:12:00 | 45.00 |
| 6/26/2009 | SEU | Preparation for and appearance in Court regarding Tavares | 2:00:00 | 900.00 |

For professional services rendered                          3.10      $1,200.00

**User Summary**

| Name | Hours | Rate |
|---|---|---|
| Magda Rodriguez | 0.30 | 200.00 |
| Melissa Castro | 0.20 | 200.00 |
| Patricia Wright | 0.20 | 225.00 |
| Ross Rosenberg | 0.10 | 200.00 |
| Sally E. Unger | 2.30 | 450.00 |

Invoice submitted to:

**Gregory Soumas**
c/o New York City Management LLC
381 Park Avenue South - Suite 1515
Attn: Sanjay Gandhi
New York NY 10016

June 29, 2009

In Reference To:   **Non-payment proceeding involving apartment #51**
Invoice #   46983   **in the building known as 172 Nagle Avenue, Bronx,
NY**

Client ID: 170-174Nagle.Fernandez

## SUMMARY OF CASES

| Services Disbursements | Totals |
|---|---|
| $195.00 | |
| $0.00 | $195.00 |

In Reference To:   **Non-payment proceeding involving apartment #33**
Invoice #   46984   **in the building known as 170 Nagle Avenue, Bronx,
NY**

Client ID: 170-174Nagle.Guerra&Gonzalez

| | |
|---|---|
| $275.00 | |
| $0.00 | $275.00 |

In Reference To:   **Non-payment proceeding involving apartment #32**
Invoice #   46985   **in the building known as 174 Nagle Avenue, Bronx,
NY**

Client ID: 170-174Nagle.Isidoro

| | |
|---|---|
| $1,095.00 | |
| $0.00 | $1,095.00 |

## SUMMARY OF CASES

|                | Services<br>Disbursements |        | Totals |
| -------------- | ------------------------- | ------ | ------ |

In Reference To:      **Non-payment proceeding involving apartment #31**
Invoice #    46986    **in the building known as 170 Nagle Avenue, Bronx,**
                      **NY**

Client ID:  170-174Nagle.Lucas

|  | $195.00 |  |
| --- | --- | --- |
|  | $0.00 | $195.00 |

In Reference To:      **Non-payment proceeding involving apartment #54**
Invoice #    46987    **in the building known as 172 Nagle Avenue, Bronx,**
                      **NY**

Client ID:  170-174Nagle.Mejia

|  | $1,815.00 |  |
| --- | --- | --- |
|  | $0.00 | $1,815.00 |

In Reference To:      **Various matters relating to the building known as**
Invoice #    46988    **and by the addresses of 170-174 Nagle Ave**

Client ID:  170-174Nagle.Receivership

|  | $7,955.00 |  |
| --- | --- | --- |
|  | $784.30 | $8,739.30 |

In Reference To:      **Non-payment proceeding involving apartment #35**
Invoice #    46989    **in the building known as 174 Nagle Avenue, Bronx,**
                      **NY**

Client ID:  170-174Nagle.Rodriguez(35)

|  | $195.00 |  |
| --- | --- | --- |
|  | $0.00 | $195.00 |

## SUMMARY OF CASES

|  | Services Disbursements | Totals |
|---|---|---|

In Reference To:     **Non-payment proceeding involving apartment #45**
Invoice #   46990   **in the building known as 170 Nagle Avenue, Bronx, NY**

Client ID:  170-174Nagle.Rodriguez(45)

|  | Services Disbursements | Totals |
|---|---|---|
|  | $195.00 |  |
|  | $0.00 | $195.00 |

In Reference To:     **Non-payment proceeding involving apartment #22**
Invoice #   46991   **in the building known as 170 Nagle Avenue, Bronx, NY**

Client ID:  170-174Nagle.Tavares

|  | Services Disbursements | Totals |
|---|---|---|
|  | $1,200.00 |  |
|  | $0.00 | $1,200.00 |
| Total Services | $13,120.00 |  |
| Total Disbursements | $784.30 |  |
| **GRAND TOTAL** |  | **$13,904.30** |

# Webster Lock & Hardware Co., Inc.



2471 WEBSTER AVENUE
BRONX, NY 10458
Tel: 718-584-4960
Fax:718-733-2678

## Invoice

| | |
|---|---|
| **Invoice #** | 346384 |
| **Date** | 6/2/2009 |

**Bill To:**

NEW YORK CITY MANAGEMENT
381 PARK AVENUE SOUTH
NEW YORK, N.Y. 10016

**Location:**

170 NAGLE AVENUE
Laundry Room

| P.O. No. | Terms | Due Date | Technician | Service Date | Ship Via |
|---|---|---|---|---|---|
| | Net 30 | 7/2/2009 | 2 | 6/2/2009 | Our Truck |

| Qty | Description | Unit Price | Amount |
|---|---|---|---|
| | **Service Call**<br><br>**Our serviceman repaired the coin box and padlocks on the washing machine in order to restore proper operation.** | 100.00 | 100.00 |

*Family Owned & Operated For Over 50 Years*

*Thank You For Your Business*

| | |
|---|---|
| Subtotal | $100.00 |
| Sales Tax (8.375%) | $8.38 |
| **Total** | **$108.38** |



## conEdison



**ON IT.** Working for you 24/7.

**GREGORY SOUMAS**

Your account number: 48-2387-0509-0003-5

Service delivered to: 170 NAGLE AVE HLS

Your electric rate: EL9 General Large
Your gas rate: GS8 Multiple Dwelling Heating

Next meter reading date: Tuesday, Jul 28, 2009
Avoid estimated bills - please give us access to read your meter.

## Your billing summary as of Jun 29, 2009

### Your previous charges and payments

| | |
|---|---:|
| Total charges from your last bill | $717.97 |
| Payments through Jun 25, thank you | $717.97 |
| **Remaining balance** | **None** |

### Your new charges – details start on page

Billing period: May 28, 2009 to Jun 26, 2009

| | |
|---|---:|
| Electricity charges - for 29 days | $576.79 |
| Gas charges - for 29 days | $119.94 |
| **Total new charges** | **$696.73** |

### Total amount due $696.73

Payment is due upon receipt of this bill. To avoid a late payment charge of 1.5%, please pay the total amount due by Jul 21, 2009.

## Message Center

YOUR DOLLAR FOR ENERGYSHARE CAN MAKE A DIFFERENCE. If you pay the total amount of this bill and exactly $1.00 more, that dollar will go into the EnergyShare fund sponsored by Con Edison. And Con Edison matches each contribution. EnergyShare helps eligible residential customers who are struggling to pay their bills with one-time grants of up to $200.

Join our Direct Payment Plan. Just place an X in the DPP enrollment box on your payment slip when you mail back your payment by check. We'll use your banking information to enroll you in the plan. Then, each month, after you've had time to review your bill, we will automatically deduct your Con Edison bill payment from your checking account. Join Now.

TEMPORARY SURCHARGE Your bill shows a new surcharge as authorized under Section 18-a of the Public Service Law. This per-kWh charge recovers fees imposed by the state.

Here's a cool idea for your business. Stay comfortable, use energy efficiently and get more value for your money with a FREE programmable thermostat from Con Edison for your central air-conditioning system. For more information and to receive a thermostat call 1-866-521-8600 or visit www.conEd.com/cool.

## Contact us 24 hours a day, 7 days a week

To report a service problem, call 1-800-75-CONED (1-800-752-6633) or visit www.conEd.com

Visit www.conEd.com
For payments, visit www.conEd.com or call **1-888-925-5016**

Con Edison
Cooper Station
P.O. Box 138
New York, NY 10276-0138

For other information, call 1-212-243-2591 or 1-800-758-2481

---

*Tear off here*     Wondering if you can get a better deal on your energy needs? Explore your choices at **www.PowerYourWay.com**.

**Basic service charge (includes first 2.9 therms)**     **$15.34**
Charge for basic system infrastructure and customer-related services, including customer accounting, meter reading and meter maintenance. A billing and payment processing charge of $0.47, *which may be avoided by switching to an energy services company (ESCO)*, is also included.

**Remaining 69.1 therms @58.6252¢/therm**     **$40.51**
Charge for maintaining the system through which Con Edison delivers gas to you.

**Monthly rate adjustment @-2.8750¢/therm**     **-$2.07**
Adjustment for miscellaneous costs and credits, and from October through May, for the effect of variation from normal weather.



Date: 07/12/09

# CHECK REQUISITION FORM

**Payee:** Arturo Geurrero-Lopez

**Total Amount:** $1350.00

**Invoice #:** # 071309

**Invoice Date:**

**Job description:** **Re:** Super salary for weeks ending 07.04.09/07.10.09/07.17.09

**Property(ies):**

| Property | | Amount |
|---|---|---|
| 208 E 61st Street | 37-43 8th Avenue | |
| 109 Spring Street | 624 & 655 LLC | |
| 217 E Houston St | Casper R Calleri Trust | |
| East Orange Partners | Highbridge Park Partners | |
| 1320 Fulton Avenue | 348 / 352 W 118 | |
| 94-16 34th Road | 325 E 206th Street | |
| 869 E 231st Street | Korea Village II | |
| 170 Nagle Avenue | Valentine & Fordham LLC | 1350.00 |