# DEILY, MOONEY & GLASTETTER, LLP
Attorneys at Law

* Jonathan D. Deily
* Martin A. Mooney
*† Mark D. Glastetter
* John Monterisi, Jr.
·° F. Matthew Jackson
◊ Joann Sternheimer

~ Not admitted in New York
* Admitted in Massachusetts
† Admitted in Kentucky
· Admitted in Washington D.C.
° Admitted in Pennsylvania
◊ Admitted in New Jersey
# Admitted in Rhode Island
∆ Admitted in Georgia
∂ Admitted in Connecticut

8 Thurlow Terrace
Albany, New York 12203
Telephone (518) 436-0344
Facsimile (518) 436-8273
lawyers@deilylawfirm.com
http://www.deilylawfirm.com

Massachusetts/New Jersey Offices:
258 Harvard Street #331, Brookline, Massachusetts 02446
Tel: (617) 739-4224; Fax: (617) 232-2302
One Greentree Centre, 10000 Lincoln Drive East - Suite 201, Marlton, NJ 08053
Tel: (856) 988-5555; Fax: (856) 596-1923

°* Richard C. Maider
   Leigh A. Hoffman
°◊~ Linda S. Fossi
*# Douglas J. Rose
°◊~ Brian E. Caine
   Scott T. Dillon
∆ Pilar A. Cano
∂ Alexander Powhida

*Of Counsel:*
   John D. Rodgers

January 19, 2010

Hon. Allan L. Gropper
U.S. Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

    Re: Icon Realty Corporation
        Case No. 09-14485-ALG
        Our File No. B-FORD.09.05435

Dear Judge Gropper:

    On behalf of our client Ford Motor Credit Company an Objection to Confirmation was filed and is returnable January 20, 2010.

    This letter is to inform you that this matter has been settled by Stipulation. Our office will forward the proposed Stipulation to the Court under separate cover upon its completion.

    I thank the Court for its kind attention in this matter. Should the Court have any questions or require anything further, please do not hesitate to contact our office.

                      Respectfully yours,

                      DEILY, MOONEY & GLASTETTER, LLP

                      /s/ Martin A. Mooney
                      Martin A. Mooney

MAM/aar

cc: Mark A. Frankel, Esq.