UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                              Chapter 11

ICON REALTY CORP.                                  Case No. 09-14485

                            Debtor.
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

    I, Yosi Edelstein, being duly affirmed, says: I am over the age of eighteen years, I reside in Kings County, and am not a party herein, and that on the 27th day of January, 2010, I served a true copy of the NOTICE OF HEARING and OBJECTION TO CLAIM NUMBER 6 OF THE INTERNAL REVENUE SERVICE, upon the interested parties listed below, by US MAIL, at their last known Addresses.

                                              s/Yosi Edelstein

Affirmed to before me this 27th
day of January, 2010

/s/Mark Frankel
Notary Public


Served Upon:

Internal Revenue Service
Insolvency Section
POB 21126
Philadelphia, PA 19114

Intervest Bank
c\o Ted Donovan, Esq
1501 Broadway
New York, NY 10036

Ford Motor Credit
c\o Martin Mooney
8 Thurlow Terrace
Albany, NY 12203

1