# DEILY, MOONEY & GLASTETTER, LLP
Attorneys at Law

\* Jonathan D. Deily
\* Martin A. Mooney
\*† Mark D. Glastetter
\* John Monterisi, Jr.
·° F. Matthew Jackson
◊ Joann Sternheimer

~ Not admitted in New York
\* Admitted in Massachusetts
† Admitted in Kentucky
· Admitted in Washington D.C.
° Admitted in Pennsylvania
◊ Admitted in New Jersey
# Admitted in Rhode Island
∆ Admitted in Georgia
∂ Admitted in Connecticut

8 Thurlow Terrace
Albany, New York 12203
Telephone (518) 436-0344
Facsimile (518) 436-8273
lawyers@deilylawfirm.com
http://www.deilylawfirm.com

Massachusetts/New Jersey Offices:
258 Harvard Street #331, Brookline, Massachusetts  02446
Tel: (617) 739-4224; Fax: (617) 232-2302
One Greentree Centre, 10000 Lincoln Drive East - Suite 201, Marlton, NJ 08053
Tel: (856) 988-5555; Fax: (856) 596-1923

°\* Richard C. Maider
Leigh A. Hoffman
°◊~ Linda S. Fossi
\*# Douglas J. Rose
°◊~ Brian E. Caine
Scott T. Dillon
∆ Pilar A. Cano
∂ Alexander Powhida

*Of Counsel:*
John D. Rodgers

February 19, 2010

Hon. Allan L. Gropper
U.S. Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004-1408

    Re:  Icon Realty Corporation
          Case No. 09-14485-ALG
          Our File No. B-FORD.09.05435

Dear Judge Gropper:

    On behalf of our client Ford Motor Credit Company LLC an Objection to Confirmation was filed as docket entry number 45.

    This letter is to inform you that the Objection is hereby withdrawn.

    I thank the Court for its kind attention in this matter.  Should the Court have any questions or require anything further, please do not hesitate to contact our office.

    Respectfully yours,

    DEILY, MOONEY & GLASTETTER, LLP
    /s/ Martin A. Mooney

    Martin A. Mooney

MAM/aar

cc:   Mark A. Frankel, Esq.