UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

ICON REALTY CORP.,

Debtor.
-------------------------------------------------------x

Chapter 11

Case No. 09-14485 (ALG)

## ORDER GRANTING APPLICATION FOR A FINAL AWARD OF COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO RECEIVER

Upon the application of Kossoff & Unger as Special Counsel to Receiver, for a Final Award of Compensation for Services and Reimbursement of Expenses for professional services rendered and expenses incurred during the period commencing June 29, 2009 through July 14, 2009 and from December 1, 2009 through April 15, 2010, in the amount of Fifty-Four Thousand Four Hundred Thirty-Seven Dollars and Fifty Cents ($54,437.50), and a hearing having been held before this Court to consider the Application on May 13, 2010; and an objection by the Debtor having been interposed dated May 12, 2010; and sufficient cause having been shown therefore; it is hereby

**ORDERED**, that the Application is granted to the extent set forth in Schedule "A".

Dated: New York, New York
May 13, 2010

/s/ Allan L. Gropper
**Honorable Allan L. Gropper**
United States Bankruptcy Judge

Case No: 09-14485
Case Name: Icon Realty Corp

**CURRENT FEE PERIOD: June 29, 2009 to July 14, 2009 & December 1, 2009 to April 13, 2010**

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Kossoff & Unger | 4/15/2010/ 66 | 53,770.00 | 53,770.00 | 667.50 | 667.50 |

SCHEDULE A(1)

DATE: 5/13/2010

INITIALS: ALG   USBJ