UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

ICON REALTY CORP.,

                           Debtor.
------------------------------------------------------------x

Chapter 11

Case No. 09-14485 (ALG)

## ORDER GRANTING APPLICATION FOR APPROVAL
## OF RECEIVER'S FINAL ACCOUNTING, FOR A FINAL AWARD
## OF RECEIVER'S COMMISSIONS AND DISCHARGE OF RECEIEVER

Upon the application of Gregory Soumas as Receiver, for a Approval of his Final Accounting, for a Final Award of Receiver's Commissions based upon the income generated by and for the sole asset of this Chapter 11 case for the period extending from July 16, 2009 through March 31, 2010, in the amount of Thirty-One Thousand Three Hundred Forty-Eight Dollars ($31,348.00); and for the Discharge of the Receiver based upon the faithful performance and completion of his duties; and a hearing having been held before this Court to consider the Application on May 13, 2010; and no objections having been interposed; and sufficient cause having been shown therefore; it is hereby

**ORDERED,** that the Application is granted to the extent set forth in Schedule "A".

Dated:       New York, New York
              May 13, 2010

                                     _/s/ Allan L. Gropper_
                                     **Honorable Allan L. Gropper**
                                     United States Bankruptcy Judge

Case No: 09-14485
Case Name: Icon Realty Corp

CURRENT FEE PERIOD: July 16, 2009 to March 31, 2010

| APPLICANT | DATE/DOCUMENT NO. OF APPLICATION | FEES REQUESTED | FEES AWARDED | EXPENSES REQUESTED | EXPENSES AWARDED |
|---|---|---|---|---|---|
| Gregory Soumas | 4/15/2010/61&62 | 31,348.00 | 31,348.00 | 0.00 | 0.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

SCHEDULE A(1)

DATE: 5/13/2010

INITIALS: ALG USBJ