UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                    Chapter 11

ICON REALTY CORP.                                        Case no. 09-14485

                       Debtor.
-----------------------------------------------------------x


## SECOND POST CONFIRMATION DISBURSEMENT REPORT


      PLEASE TAKE NOTICE, that disbursements for the second quarter of 2010 in the above-referenced case total approximately $4,875, and the Debtor does not intend to make additional disbursements in this quarter.


Dated:  New York, New York
          March 15, 2010

                                      BACKENROTH FRANKEL & KRINSKY, LLP
                                      Attorneys for the Debtor

                                      By: s/Mark A. Frankel
                                            489 Fifth Avenue
                                            New York, New York 10017
                                            (212) 593-1100